UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                 Chapter 13

WENCESLAO RODRIGUEZ,                Case No. 04-B-15927

                             Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Wenceslao Rodriguez<br>716 East 134th Street<br>Bronx, New York 10454 | $965.00<br><br>refund |

    Trustee's check to your order in the sum of $965.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
          October 25, 2005

                                                             Respectfully submitted,
                                                             */s/ Jeffrey L. Sapir*
                                                             JEFFREY L. SAPIR
                                                             Standing Chapter 13 Trustee